No. 158, Misc. BLISS v. NEW YORK. County Court of Wyoming County, New York. Certiorari denied.

No. 160, Misc. BANDER v. UNITED STATES. Court of Claims. Certiorari denied. *Robert H. Reiter* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for the United States.

No. 161, Misc. SHOTKIN v. WEKSLER ET AL. C. A. 5th Cir. Certiorari denied.

No. 162, Misc. FALU v. NEW YORK. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 166, Misc. GRIFFIN v. NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 167, Misc. DeSTEFANO v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 175, Misc. HARRIS v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 187, Misc. SMITH v. GEORGIA. Supreme Court of Georgia. Certiorari denied. *Aaron Kravitch* and *Phyllis Kravitch* for petitioner. *Eugene Cook,* Attorney General of Georgia, and *E. Freeman Leverett,* Assistant Attorney General, for respondent.